IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Raymond P. Moore**

**Criminal Case No. 13-cr-00240-RM**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JORGE LUIS JUARDO LOPEZ, aka Jorge,
2. HERUBEY RIZO HERNANDEZ,
3. JESSIE TAFOYA, and
4. BILLY SALVADOR TAFOYA,

    Defendants.

___

**ORDER SETTING HEARING**
___

This Matter comes before the Court on a joint defense motion to grant a continuance of pre-trial motions filing date and trial date and exclude time (the "Motion"). (ECF No. 50.) The Court has reviewed the Motion and the docket, and hereby ORDERS:

1. A Hearing will be held on Monday, July 1st, at 1:00 p.m., in the United States District Court for the District of Colorado, Courtroom A601, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado;

2. All deadlines are STAYED pending the outcome of this Hearing.

DATED: June 25, 2013.

                      BY THE COURT:

                      _____
                      RAYMOND P. MOORE
                      United States District Judge