IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Raymond P. Moore**

Criminal Case No. 13-cr-00240-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **JORGE LUIS JUARDO LOPEZ, aka Jorge,**
2. **HERUBEY RIZO HERNANDEZ,**
3. **JESSIE TAFOYA, and**
4. **BILLY SALVADOR TAFOYA,**

    Defendants.

───────────────────────────────────────────────

**ORDER SETTING TRIAL PREPARATION CONFERENCE**
───────────────────────────────────────────────

A Trial Preparation Conference is set for **September 12, 2013 at 1:00 p.m.** in Courtroom A601. Lead counsel who will try the case shall attend in person. It is

ORDERED that the parties bring with them proposed jury instructions, proposed voir dire, witness lists and exhibit lists. It is further

ORDERED that the parties shall be prepared to address the following issues at the Trial Preparation Conference:

    1)    jury selection;

    2)    sequestration of witnesses;

    3)    timing of presentation of witnesses and evidence;

    4)    anticipated evidentiary issues;

5) any stipulations as to fact or law; and

6) any other issue affecting the duration or course of the trial.

DATED: August 29, 2013.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge