**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 13-cr-00240-RM-3

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3.    **JESSIE TAFOYA,**

    Defendant.

_____

**ORDER RESCHEDULING CHANGE OF PLEA HEARING**
_____

Pursuant to a request from the parties, the Change of Plea Hearing for **Defendant, Jessie Tafoya** set for **October 16, 2013 at 9:00 a.m. is RESCHEDULED to September 19, 2013 at 1:00 p.m.** Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers: (Moore_Chambers@cod.uscourts.gov) and to the Probation Department not later than 48 hours before the change of plea hearing. *See* D.C.COLO.LCrR 11.1C. On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance. *See* D.C.COLO.LCrR 11.1F.

The plea agreement shall be in the form required by D.C.COLO.LCrR 11.1C which includes a separate section identifying each essential element required by law for the commission of each criminal offense to which the defendant intends to enter a plea of guilty.

The statement in advance shall be in the form required by D.C.COLO.LCrR 11.1D.

DATED: September 17, 2013.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge