IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Criminal Case No. 13-cr-00240-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **JORGE LUIS JUARDO LOPEZ, aka Jorge,**
2. HERUBEY RIZO HERNANDEZ,
3. JESSIE TAFOYA, and
4. **BILLY SALVADOR TAFOYA,**

    Defendants.

_____

## ORDER
_____

For the reasons stated on the record, and due to findings of a *Brady*/*Giglio* violation, a discovery violation, and prosecutorial misconduct, and the Court having previously exercised lesser sanctions in this matter, it is hereby ORDERED that the Superseding Indictment and Indictment are hereby DISMISSED WITH PREJUDICE as to Jorge Luis Juardo Lopez and Billy Salvador Tafoya, only.

    DATED: October 23, 2013.

                                        BY THE COURT:

                                        _____
                                        RAYMOND P. MOORE
                                        United States District Judge