IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Criminal Case No. 13-cr-00240-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JORGE LUIS JUARDO LOPEZ, and
4. BILLY SALVADOR TAFOYA,

    Defendants.

---

## JUDGMENT

---

    The Defendants, Jorge Luis Juardo Lopez and Billy Salvador Tafoya, had charges dismissed with prejudice on October 23, 2013 during jury trial and by Order [Doc. No. 167, filed October 23, 2013]. To the extent that Fed. R. Crim. P. 32(k)(1) requires a form of judgment, it is hereby

    ORDERED Defendants Jorge Luis Juardo Lopez and Billy Salvador Tafoya (only) are entitled to Judgment terminating proceedings against them for the reasons stated in this Court's prior Order [167].

    DATED at Denver, Colorado this 24th day of October, 2013.

                                            BY THE COURT:

                                            Raymond P. Moore
                                            United States District Judge